CHARLES F. GARRIGUES COMPANY v. MASON HARKER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA SCHOCH v. ADOLPH SCHOCH.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERTHA MASCONI v. BERNARD MASCONI.— Motion to dismiss appeal granted, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MURRAY T. QUIGG, as Administrator, etc., v. ROBERT R. MOORE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NELLE HAMILL v. JOHN D. HAMILL.— Motion to dismiss appeal denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HYMAN MILLER, an Infant, etc., v. SAMUEL BREAKSTONE and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GROVER B. ROBBIE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MERCHANTS LOAN AND INVESTMENT CORPORATION v. WILLIAM ABRAMSON and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK B. RICH v. AMERICAN TOBACCO COMPANY.— Motion to dismiss appeal denied, with ten dollars costs, with leave to plaintiff to renew unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE R. REED & COMPANY v. 1447 UNDERCLIFF AVENUE CORPORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, Superintendent of Insurance of the State of New York, etc., CASUALTY COMPANY OF AMERICA. (In the Matter of the Claim of NELLIE PRITCHARD v. FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of N. SUMMERGRADE & SONS, etc. (FRANK A. HALL and Others).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.